**Order entered September 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00749-CV

**STILLWATER CAPITAL, CLAY ROBY, AND STILLWATER CAPITAL INVESTMENTS, LLC, Appellants**

**V.**

**HKS, INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09019**

## ORDER

Before the Court is appellants' September 25, 2020 agreed motion to extend time to file their opening brief. We **GRANT** the motion and **ORDER** appellants' opening brief be filed no later than October 19, 2020.

/s/     BILL WHITEHILL
        JUSTICE